IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COU
2010 NOV -5 AM 10: 1
NORTHERN DISTRICT OF OH
YOUNGSTOWN

IN Re:                          )     KAY WOODS
                                )     U.S. BANKRUPTCY JUDGE
STACY L. LINKOUS                )
                                )
              Debtor            )     CH 13 Case No. 05-42256
                                )
                                )     **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

    1.    Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

STACY L. LINKOUS
535 WELLS HOLLOW ROAD
WELLSVILLE, OH 43968

$5.12

**TOTAL:**          **$5.12**

    2.    A check in the amount of $31.88, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

    3.    Nothing further remains to be done in this case.

DATED this _4th_ day of November, 2010.

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503
(330) 743-1246

*(left margin, vertical)* MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re:                          )    KAY WOODS
                                )    U.S. BANKRUPTCY JUDGE
STACY L. LINKOUS                )
                                )
            Debtor              )    CH 13 Case No. 05-42256
                                )
                                )

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED

FUNDS was sent this 4ᵗʰ day of November, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Jennifer Buchmann*
Jennifer Buchmann - Assistant

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

Trustee:67                    TR-009A

CREDITOR:523237

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

VOUCHER FOR CHECK: 830795
DATED:  2010/10/22

Page  1 OF  1

| NAME  OF  CREDITOR | CASE | C L M S | C R E F | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK | | PAID TO DATE | | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PRINCIPAL | INTEREST | PRINCIPAL | INTEREST | PRINC + INT |
| CLERK OF THE U.S. BANKRUPTCY C | 0446280 | 926 | 6 | 51 | DAMPTER, JAMES ARTHUR | UNCLAIMED FUNDS | 16.75 | 0.00 | 16.75 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0542256 | 926 | 6 | 12 | LINKOUS, STACY L | UNCLAIMED FUNDS | 5.12 | 0.00 | 5.12 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0840718 | 926 | 6 | 30 | UGARTE, ROGER A. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0943758 | 926 | 6 | 13 | ENDICOTT, TRISHA LYNN | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 | 0.00 |

| #ITEMS | PRINCIPAL | INTEREST | PRINC + INT |
|---|---|---|---|
| 4 | 31.88 | 0.00 | 31.88 |

CURRENT CHECK